IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**DEBORAH LAUFER,**
    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　　　　　Case No: 3:20-cv-862-KAD

**SOMNATH INC,**
    **Defendant.**

## PLAINTIFF'S MOTION TO STRIKE UNTIMELY REPLY

Plaintiff, by and through undersigned counsel, hereby submits this Motion to Strike Defendant's Reply Memorandum, filed at DE 24 on October 30, 2020, as untimely per Local Rule 7(d).

On August 21, 2020, the Defendant filed a Motion to Dismiss the First Amended Complaint (DE 13).  Plaintiff filed it's Memorandum in Opposotion to the Motion to Dismiss on August 31, 2020 (DE 14).  To be timely, the Defendant would have to have filed its Reply to the Plaintiff's Memorandum in Opposition by September 14, 2020, per Local Rule 6 (computation of time) and Local Rule 7(d) (14 days to file Reply).   Instead, it has filed it's reply today, sixty (60) days after the Plaintiff's Memorandum in Opposition was filed, which is forty-six (46) days late (DE 24).

The Defendant did not file a request for permission to file its late Reply.

WHEREFORE, for all of the foregoing reasons, the Plaintiff Moves to Strike the Defendant's Reply (DE 24).

                                                Respectfully submitted,

        For the Plaintiff, DEBORAH LAUFER,

        By:  L. Kay Wilson, Esq. Fed. Juris ct16084
        WILSON LAW LLC
        2840 Main Street, #332
        Glastonbury, CT 06033
        (860)559-3733 Tele/Text
        Wilson@KayWilsonLaw.com


        Certificate of Service

I hereby certify that on the 30th day of OCTOBER, 2020, a copy of the foregoing Motion to Strike was filed electronically and served on all counsel of record via the Court's CM/ECF system.

        /s/ L. Kay Wilson, Fed. Juris ct16084